**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

CHARLES GUERIN,

                              Plaintiff,

                  -against-

SAM VISSER MAKEUP, INC.,

                              Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 7/14/2020 __

20-CV-2736 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The complaint in this case was filed on April 1, 2020. Accordingly, service was due by June 30, 2020. The docket does not reflect that Defendant was served. By July 17, 2020, Plaintiff shall file proof of service. If Defendant has not appeared for 30 days, Plaintiff shall also file a letter indicating whether he intends to move for default judgment.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 14, 2020
           New York, New York